UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Robert J. MacDonald,
Debtor

Chapter: 13
Case No: 19-13537
Judge Janet E. Bostwick

## ORDER OF DISMISSAL

Due to the failure of the Debtor to comply with the Court's Order of **OCTOBER 18, 2019**, and the Debtor having failed to file timely the **Certificate of Credit Counseling; Ch. 13 Plan; Schedules A/B-J; Statement of Financial Affairs; Summary of Assets and Liabilities; Ch. 13 Agreement; Ch.13 Statement of Current Monthly Income; and Evidence of Current and Sufficient Insurance**, it is hereby ordered that the above-entitled case be and hereby is **DISMISSED**.

By the Court,

*Janet E. Bostwick*
U.S. Bankruptcy Judge

11/19/2019